UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  06.30.15
```

GREGORY GARVIN,

                    Plaintiff,

-v-

WARDEN LUIS RIVERA, *et al.*,

                    Defendants.

No. 13-cv-7054 (RJS)
OPINION AND ORDER

RICHARD J. SULLIVAN, District Judge:

On May 5, 2015, the Court issued a case management plan and scheduling order that directed the parties to complete all discovery by August 27, 2015.  (Doc. No. 44.)  The Court is now in receipt of the attached letter from Plaintiff, dated June 23, 2015 and received June 30, 2015, requesting an extension of thirty (30) days to complete discovery on the grounds that he has been transferred to several different facilities recently.  IT IS HEREBY ORDERED THAT Defendants shall respond to Plaintiff's request by July 6, 2015.

SO ORDERED.

Dated:      June 30, 2015
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Mr. Gregory Garvin-[10-R-1092]
Great Meadow Correctional Facility
P.O. Box 51
Comstcok, New York 12821-0051

_____

June 23, 2015



To: Honorable Richard J. Sullivan
    United States District Judge
    United States District Court
    Southern District of New York
    40 Foley Square
    New York, New York 10007

                    Re: Gregory Garvin v. Warden Luis Rivera, et al.,
                        13 Civ. 7054 (RJS) [rel. 13 Civ. 6090 (RJS) ]

Your Honor:

        I am the Plaintiff in the above-referenced matter. Plaintiff
write to respectfully request: (1) that the Court accept my formal request
for an enlargement of time of 30 days to perfect the Defendants' rather
your Case Management Plan and Scheduling Order.

        Your Honor, in my request I wish to have granted. I have been
transferred to several diferent facilies, to where my mail has been off
schedule in the process of me receiving such important documents forwarded
by the Defendants' and from the Courts. I have received mail just last
week that was dated almost a month in a half and throughout the stagnation
of the arrival of my mail, I do not wish for my case to be dismissed on
that regard.

        Your Honor, if my request can be granted I pray that I will be
able to continue on with the proceedings the best way I possibly can to
avoid any more unexpected delays on my part regarding the above-referenced
matter.

        I declare under penalty of perjury the forgoing is true and
correct.


Dated: Comstock, New York
       June 23, 2015

                                    _____

                                    Mr. Gregory Garvin

                                    I.D.# 10-R-1092

                                    Great Meadow Corr Fac.

                                    P.O. Box 51

                                    Comstock, NY., 12821-0051

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

————————————————————————X

GREGORY GARVIN

                    Plaintiff,


            -v-                              AFFIRMATION OF SERVICE
                                             13 Civ. 7054 (RJS)
                                             [rel. 13 Civ. 6090 (RJS)]

WARDEN LUIS RIVERA, et al.,

                    Defendants,

————————————————————————X


    I, Gregory Garvin, declare under penalty of perjury that I served a
copy of the attached Formal Letter to the Honorable Richard J. Sullivan
by mail to the United States District Court-Southern District of New York
whose address is: 40 Foley Square, New York, New York 10007. Delivered by
via First Class Mail.

    I declare under penalty of perjury the foregoing is true and correct.




Dated: Comstock, New York
       June 23, 2015                    Gregory Garvin-Plaintiff Pro Se
                                        I.D.# 10-R-1092
                                        Great Meadow Corr. Fac.
                                        P.O. Box 51
                                        Comstock, New York 12821-0051